FILE COPY

No. 07-13-00400-CR

| | | |
|---|---|---|
| Chris L. Vasquez<br>    Appellant | § | From the 140th District Court of<br>    Lubbock County |
| | § | |
| v. | | February 20, 2015 |
| | § | |
| The State of Texas | | Opinion by Justice Campbell |
|    Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated February 20, 2015, it is ordered, adjudged and decreed that the judgment of the trial court is modified as set forth in the opinion and affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o